## LONDON & L. FIRE INS. CO. v. GISH, BROOK & CO.

### No. 270. Opinion Filed November 9, 1909.

#### (105 Pac. 673.)

**APPEAL AND ERROR—Record—Statement as to Evidence—Review.**
Where the case-made upon appeal does not contain a statement that it contains all the evidence presented upon the trial, no error assigned which requires an examination of the evidence can be reviewed by this court.

(Syllabus by the Court.)

*Error from District Court, Caddo County; Frank M. Bailey, Judge.*

Action by Gish, Brook & Co. against the London & Lancashire Fire Insurance Company. Judgment for plaintiff, and defendant brings error. Motion to dismiss granted.

*Fulton, Stringer & Grant* and *William Thompson,* for plaintiff in error.

*A. J. Morris,* for defendant in error.

HAYES, J.. The status of this case is the same as that of *Insurance Company of North America v. Gish, Brook & Co., ante,* p. 78, 105 Pac. 672, except that no order of dismissal has heretofore been made herein. But otherwise the condition of the record is the same as in that case, and the reasoning and conclusions of the court in that case must follow in this.

The appeal is accordingly dismissed.

All the Justices concur.